# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**DOREEN HOLDEN** and **MICHAEL PIERREL,**
Appellants,

v.

**HOMEOWNERS CHOICE PROPERTY AND CASUALTY INSURANCE COMPANY,**
Appellee.

Nos. 4D17-2364 and 4D17-2397

[September 27, 2018]

Consolidated appeals from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Jeffrey Dana Gillen, Judge; L.T. Case No. 502014CA014207XXXXMBAE.

Todd S. Stewart of the Law Offices of Todd S. Stewart, P.A., Jupiter and Margaret M. Bichler of Trelles & Bichler, North Palm Beach, for appellant Michael Pierrel.

Michael J. Overbeck of Schuler, Halvorson, Weisser, Zoeller & Overbeck, P.A., West Palm Beach, Andrew A. Harris and Adam Richardson of Burlington & Rockenbach, P.A., West Palm Beach, for appellant Doreen Holden.

Diane H. Tutt of Conroy Simberg, Hollywood, for appellee.

PER CURIAM.

*Affirmed.*

MAY and FORST, JJ., and HILAL, Jennifer, Associate Judge, concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***